## El Pueblo *v.* Limardo.

Apelación procedente de la Corte de Distrito de Ponce.

No. 8.    Resuelto en Abril 15, 1905.

APELACIÓN.—PLIEGO DE EXCEPCIONES.—RELACIÓN DE HECHOS.—ERRORES MANIFIES-
TOS.—No habiendo pliego de excepciones, ni relación de hechos, y no apare-
ciendo de los autos que se haya cometido algún error que justifique la revo-
cación de la sentencia, ésta debe ser confirmada.

Los hechos están expresados en la opinión.

Abogado del apelante: *Sr. Casalduc.*

Abogado del Pueblo: *Sr. Rossy, Fiscal.*

EL JUEZ ASOCIADO SR. MACLEARY, emitió la siguiente opinión del Tribunal.

En los autos de esta causa no se encuentra ni pliego de excepciones ni exposición de hechos. No aparece nada, excepto una copia de la acusación, el fallo y la sentencia. El acusado fué declarado culpable de una turbación de la paz y condenado á un mes de cárcel.

En esta Corte no compareció nadie para defenderlo. En representación del Gobierno el Fiscal presentó la causa brevemente, citando las leyes aplicables á la misma.

El acusado fué juzgado primeramente en la Corte Municipal; declarado culpable, interpuso recurso de apelación para ante la Corte de Distrito en donde volvió á ser condenado.

En vista de que no hay nada en los autos que demuestre que se ha incurrido en error por parte de cualquiera de estas Cortes, y apareciendo de los mismos que la sentencia es justa, el acusado debe ser castigado, y debe confirmarse la sentencia de la Corte de Distrito con las costas al apelante.

*Confirmada.*

Jueces concurrentes: Sres. Presidente Quiñones y Asociados, Hernández y Figueras.

El Juez Asociado Sr. Wolf no formó Tribunal en la vista de este caso.